**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30040 |
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00062-JLR |
| v. | |
| DEVONNE MICHAEL LEE, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
James L. Robart, District Judge, Presiding

Submitted November 13, 2012**

Before:    CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Devonne Michael Lee appeals from the district court's order granting his 18

U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Lee's counsel has filed a brief stating there are no

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lee the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**